FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 NOV 28 AM 11: 35
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 318-012-2 |
| | * | |
| OCTAVIA MICHELLE STEPHENS | * | |

# O R D E R

Before the Court in this criminal matter is a motion for return of bond filed by Defendant Octavia Michelle Stephens. Following her arrest in the case, Stephens appeared before the United States Magistrate Judge on June 27, 2018. The Magistrate Judge granted Stephens a $20,000 bond secured by $2,000 cash. Stephens posted her own bond in the amount of $2,000.

On July 6, 2018, the Magistrate Judge determined that Stephens could make partial payments of her appointed attorney's fees in the amount of $150 a month for twelve months - a total of $1800. To date, Stephens has only made one payment. Thus, she still owes $1650 in attorney's fees pursuant to the Court's Order of July 6, 2018. Her attorney, Mr. Joseph I. Marchant, has been paid $1,018.15 from the CJA fund.

The charges against Stephens were dismissed on September 20, 2018. Further, it appears that Stephens complied with the terms

and conditions of her pre-trial release. Accordingly, the $20,000 bond is hereby exonerated. However, pursuant to 18 U.S.C. § 3006A(f), the Court hereby **ORDERS** that the Clerk of Court apply $868.15 currently on deposit in the Court's registry toward payment of Stephens' attorney's fees.[1] Thereafter, the Court **ORDERS** the Clerk of Court to return $1131.85, plus any and all accrued interest, to

>   Octavia Michelle Stephens
>   209 Wolfe Street
>   Dublin, GA 31021

Upon the foregoing, Stephens' motion for return of bond (doc. no. 67) is **GRANTED IN PART**.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of November, 2018.

>                                    _____
>                                    UNITED STATES DISTRICT JUDGE

---

[1] This figure credits Stephens with the $150 payment she has already paid.

2